| | |
|---|---|
| 1 | ARTHUR J. CASEY [SBN 123273] |
| | FORD, WALKER, HAGGERTY & BEHAR, LLP |
| 2 | 16450 Los Gatos Blvd., Suite 110 |
| | Los Gatos, CA 95032 |
| 3 | Tel:    (408) 660-3102 |
| | Fax:   (408) 660-3105 |
| 4 | Email: acasey@fwhb.com |
| 5 | Attorneys for Defendant |
| | COSTCO WHOLESALE CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LUCINDA NIEVES, | Case No. RG21101470 |
| Plaintiff, | Underlying Case No. RG2110470 (Alameda County Superior Court) |
| vs. | **NOTICE OF REMOVAL TO FEDERAL COURT** [Diversity of Citizenship, 28 U.S.C. §§ 1332, 1441 & 1446] |
| COSTCO WHOLESALE CORPORATION, dba Costco Wholesale, a Washington Corporation; KARI SHIELDS, an individual; and DOES 1 through 100, inclusive, | |
| Defendants. | DEMAND FOR JURY TRIAL |

TO THE CLERK OF THE ABOVE-NAMED FEDERAL DISTRICT COURT:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441 & 1446, defendant Costco Wholesale Corporation ("Costco"), by and through its undersigned counsel, hereby removes Case No. RG2110470, pending in the Superior Court of California for the County of Alameda, to the United States District Court for the Northern District of California, Oakland Division.

Removal is based on complete diversity of citizenship, because diversity of citizenship exists between the lone plaintiff, Lucinda Nieves, and the lone properly-served and lone-non-fraudulently-named defendant, Costco, and the amount in controversy exceeds the jurisdictional minimum.  *See,* 28 U.S.C. § 1332.

## I. BACKGROUND.

On May 28, 2021, this civil action was commenced in the Superior Court of the State of California in and for the County of Alameda, entitled, *Lucinda Nieves v. Costco Wholesale Corporation, a Washington corporation; Kari Shields, an individual; and Does 1 through 100, inclusive,* Case No. RG2110470.   Plaintiff Lucinda Nieves asserts a pair of causes of action for premises liability and negligence.  She alleges that on June 1, 2019, at a Costco store located at 28505 Hesperian Blvd., Hayward, California, she was injured when she slipped and fell at the premises.  She alleges that Costco and defendant store manager Kari Shields were both negligent in managing, operating, controlling, inspecting, supervising and/or maintaining the premises.  However, in reality, Ms. Shields (who, on information and belief, has not been served with process) played no role in the management, operation, control, inspection, supervision and/or maintenance of the premises on June 1, 2019, the date of Ms. Nieves' accident, because she was on vacation that day.  Plaintiff Nieves' Complaint seeks unspecified compensatory damages to be determined at trial.

On September 21, 2021, Costco filed and served its Answer to the Complaint, generally denying liability and asserting affirmative defenses.

On January 21, 2022, Costco's litigation counsel, Arthur Casey, was served by plaintiff Nieves' written discovery responses, and document production indicating medical expenses

caused by her accident in excess of one-hundred-and-fifty thousand dollars ($150,000). These written discovery responses (specifically, response to form interrogatory no. 6.4) and document production establish that Ms. Nieves' damages exceed the jurisdictional minimum for diversity of citizenship subject matter jurisdiction in this Court.

In accordance with 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders in the underlying state court action, including the Complaint, Answer, and plaintiff Nieves' responses to form interrogatories, are attached hereto and incorporated herein by reference as **Exhibit A**.

## II.  THIS NOTICE OF REMOVAL IS TIMELY FILED.

The removal of this civil action to this Court is timely under 28 U.S.C. § 1446(b) because this Notice of Removal is filed within thirty (30) days after January 21, 2022, which is the date defendant Costco, through its counsel, first learned, by virtue of receipt of service of Ms. Nieves' written discovery responses (specifically, response to form interrogatory no. 6.4) and document production, of facts establishing federal subject matter jurisdiction by virtue of diversity of citizenship of the parties and an amount in controversy exceeding the jurisdictional minimum. Also, less than one year has elapsed since commencement of the action. 28 U.S.C. § 1446(c)(1).

The United States District Court for the Northern District of California, Oakland Division, is the proper place to file this Notice of Removal under 28 U.S.C. § 1441(a) because it is the federal district court that embraces the place where the original state court action was filed and is pending.

## III.  THIS COURT HAS DIVERSITY OF CITIZENSHIP JURISDICTION.

Lone plaintiff Lucinda Nieves and lone properly-served and lone non-sham defendant Costco Wholesale Corporation are citizens of different states. On information and belief, Ms. Nieves is a resident of California. Costco is a corporation formed under the laws of State of Washington with its principal place of business in Issaquah, Washington. Defendant Kari Shields is alleged to be a California resident. On information and belief, Costco employee Kari Shields is a fraudulently-named defendant named simply to defeat federal diversity jurisdiction. Ms. Shields was not working at the Costco store which was the site of plaintiff Nieves' accident on June 1, 2019, the date of her accident, because she was on vacation that day. Ms. Shields therefore played

no role in the management, operation, control, inspection, supervision and/or maintenance of the premises on June 1, 2019, the date of plaintiff Nieves' accident.

On information and belief, Ms. Nieves' claim for damages exceeds the jurisdictional minimum of seventy-five-thousand dollars ($75,000) for diversity jurisdiction in federal court. As mentioned above, on January 21, 2022, Costco, through its counsel, first learned, by virtue of receipt of plaintiff Nieves' written discovery responses (specifically, response to form interrogatory no. 6.4) and document production, of facts establishing federal subject matter jurisdiction by virtue of diversity of citizenship of the parties and an amount in controversy exceeding the $75,000 jurisdictional minimum.

Therefore, federal diversity of citizenship jurisdiction exists over this action pursuant to 28 U.S.C. §§ 1332.

### IV.  ALL SERVED DEFENDANTS CONSENT TO THE REMOVAL.

This Notice of Removal is filed on behalf of named defendant Costco Wholesale Corporation. There are no other defendants who have been properly served with process and appeared in the action. Therefore, all defendants have consented to the removal of this action.

### V.  NOTICE OF REMOVAL TO PLAINTIFF AND THE ALAMEDA COUNTY SUPERIOR COURT.

Concurrently with this Notice of Removal, defendant Costco will file a Notice to Plaintiff of Removal of Action to Federal Court, along with a copy of this Notice of Removal with the Superior Court of the State of California in and for the County of Alameda, and in accordance with 28 U.S.C. §§ 14446(d), defendant Costco will serve a copy thereof upon counsel for plaintiff Lucinda Nieves. A copy of the prepared Notice to Plaintiff of Removal of Action to Federal Court is attached hereto and incorporated herein by reference as **Exhibit B**.

If any question arises as to the propriety of the removal of this action, counsel for defendant Costco respectfully requests the opportunity to present a brief and oral argument in support of the position that this case is removable.

### VI. **CONCLUSION.**

For the foregoing reasons, defendant Costco Wholesale Corporation respectfully requests that this civil action be, and is hereby, removed to the United States District Court for the Northern District of California, Oakland Division, that said federal district court assume jurisdiction of this civil action, and that this Court enter such further orders as may be necessary to accomplish the requested removal and to promote the ends of justice.

### VII. **JURY TRIAL DEMAND**

Defendant Costco hereby demands a trial by jury. *Fed.R.Civ.P. 38.*

Dated: February 17, 2022                    FORD, WALKER, HAGGERTY & BEHAR, LLP

By: _____
ARTHUR J. CASEY
Attorney for Defendant
COSTCO WHOLESALE CORPORATION